UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARIBORZ ARZANI,<br><br>  Plaintiff,<br><br>v.<br><br>KRISTI NOEM et al.,<br><br>  Defendants. | Case No. 5:26-cv-00386-SB-ADS<br><br>ORDER GRANTING PERMANENT INJUNCTION |

  The Court granted Petitioner's ex parte application for a temporary restraining order (TRO) and ordered his release on February 3, 2026. Dkt. No. 8. The TRO also required the government to show cause at a hearing on February 20 why a preliminary injunction should not issue. *Id.* At the February 20 hearing, the parties agreed to expedited consideration of the underlying habeas corpus petition. *See* Fed. R. Civ. P. 65(a)(2). As directed, the parties met and conferred. Although the government maintains that the petition is moot, the parties have agreed on appropriate language in the event a permanent injunction is granted.

  The Court finds that the grant of preliminary relief does not render the petition moot because Petitioner seeks broader, permanent relief. The Court therefore ORDERS as follows:

> Respondents are ENJOINED AND RESTRAINED from redetaining Petitioner absent any of the following: (a) Petitioner's violation of his conditions of release pursuant to 8 C.F.R. § 241.13(i)(1); (b) a showing of changed circumstances under 8 C.F.R § 241.13(i)(2) considering all the facts of the case including the factors set forth in 8 C.F.R. § 241.13(f); or (c) a determination by an authorized official that any of the conditions of 8 C.F.R. § 241.4(l)(2) are satisfied.

     The February 27, 2026 hearing is vacated. A final judgment will be separately filed. The clerk is directed to close the case.

Date: February 26, 2026

                                    Stanley Blumenfeld, Jr.
                                United States District Judge