JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FARIBORZ ARZANI, | Case No. 5:26-cv-00386-SB-ADS |
| Plaintiff, | |
| v. | FINAL JUDGMENT |
| KRISTI NOEM et al., | |
| Defendants. | |

For the reasons stated in the order granting a permanent injunction entered this date, it is ordered and adjudged that:

Respondents are ENJOINED AND RESTRAINED from redetaining Petitioner absent any of the following:  (a) Petitioner's violation of his conditions of release pursuant to 8 C.F.R. § 241.13(i)(1); (b) a showing of changed circumstances under 8 C.F.R § 241.13(i)(2) considering all the facts of the case including the factors set forth in 8 C.F.R. § 241.13(f); or (c) a determination by an authorized official that any of the conditions of 8 C.F.R. § 241.4(l)(2) are satisfied.

This is a final judgment.

Date: February 26, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1